## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
- ---------------------------------------------------------------- x
TANISIA BOWMAN, on behalf of herself and        :    Case no. 1:25-cv-10996
all others similarly situated,                  :
                                                :
                                                :
              Plaintiffs,                       :
                                                :    NOTICE OF VOLUNTARY
          v.                                    :    DISMISSAL WITHOUT PREJUDICE
                                                :
Peacock Alley, Inc.,                            :
                                                :
              Defendant.                        :
                                                :
                                                :
                                                :
                                                :
                                                :
- ---------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: March 2, 2026

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (718) 554-0237

Email: Dreyes@ealg.law